# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

BRIAN MASCK,

        Plaintiff,

v.

SPORTS ILLUSTRATED;
NISSAN NORTH AMERICA;
GETTY IMAGES, INC.;
CHAMPIONS PRESS, LLC;
DESMOND HOWARD; PHOTO
FILE, INC.; FATHEAD, LLC;
WAL-MART STORES, INC.;
WAL-MART.COM USA, LLC; and
AMAZON.COM, INC.

        Defendants.

Case No. 2:13-CV-10226

Hon. Gershwin A. Drain

## STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF DEFENDANTS GETTY IMAGES, INC., SPORTS ILLUSTRATED, NISSAN NORTH AMERICA, AMAZON.COM, INC., WAL-MART STORES, INC., WAL-MART.COM, USA, LLC, PHOTO FILE, INC., AND FATHEAD LLC

Plaintiff Brian Masck and Defendants Getty Images, Inc., Sports Illustrated, Nissan North America, Amazon.com, Inc., Wal-Mart Stores, Inc., Wal-Mart.com, USA, LLC, Photo File, Inc., and Fathead LLC ("Defendants") stipulate to the dismissal of all claims asserted by Masck against Defendants.

This dismissal is WITH PREJUDICE. Masck and Defendants shall bear their own costs and attorneys' fees.

Dated: April 7, 2014

Davis Wright Tremaine LLP
Attorneys for Defendants

*/s/ Ambika K. Doran*
Stephen M. Rummage
Ambika K. Doran
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
(206) 757-8136
steverummage@dwt.com
ambikadoran@dwt.com

Honigman Miller Schwartz and Cohn LLP
Attorneys for Getty Images, Inc., Sports Illustrated, Nissan North America, Amazon.com, Inc., Photo File, Inc., and Fathead LLC

*/s/ J. Michael Huget*
J. Michael Huget (P39150)
130 S. First Street, Ste. 400
Ann Arbor, MI 48104
(734) 418-4254
mhuget@honigman.com

Blaske & Blaske PLC
Attorneys for Plaintiff

*/s/ Thomas H. Blaske*
Thomas H. Blaske (P26760)
John F. Turck IV (P67670)
Attorneys for Brian Masck
500 South Main Street
Ann Arbor, Michigan 48104
(734) 747-7055
thb@blaske.com
jt4@blaske.com

DWT 23981713v1 0053349-000103

IT IS SO ORDERED:  DATED: _____

_____
U.S. District Judge GERSHWIN A. DRAIN

DWT 23981713v1 0053349-000103